IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GAVIN SCOTT, Individually and as Parent
and Next Friend of, G.S.J., and
G.S., minors, and ARTESHA ELMORE,

      Plaintiffs,

v.                                        Case No. 1:23-cv-01067-MLG-JMR

NP TRUCKLINE, INC.
and NAVPREET SINGH,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

United States Magistrate Judge Jennifer M. Rozzoni filed her Proposed Findings and Recommended Disposition ("PFRD") on May 2, 2025. Doc. 118. The PFRD recommends the Court grant the parties' Joint Motion to Approve Settlement Involving Minors and to Set a Fairness Hearing. Doc. 104. The parties voluntarily waived their right to file objections to the PFRD. Doc. 116.

The Court orders as follows:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition, Doc. 118, is adopted.

2. The Joint Motion to Approve Settlement Involving Minors and to Set a Fairness Hearing, Doc. 104, is granted.

3. The minor settlement distributions must be used to fund separate Certificates of Deposit as described by the Magistrate Judge. *See* Doc. 118 at 9.

4. Plaintiffs' counsel shall file proof of the purchase of the Certificates of Deposit within **sixty days** of the entry of this order.

5. Disbursement of the Certificates of Deposit shall be in accordance with the

    procedure describe by the Magistrate Judge. *See* Doc. 118 at 9.

6.     Guardian ad litem Gabrielle Valdez is relieved from her duties.

                                                                                          _____
                                                                                        UNITED STATES DISTRICT JUDGE
                                                                                        MATTHEW L. GARCIA